UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARBARA STUART ROBINSON,

               Plaintiff,

    v.

CITY OF SEATTLE,

               Defendant.

Case No. C24-0377-JNW

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee,

Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C.

§ 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the

undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915

(e)(2)(B).  The Clerk is directed to send copies of this order to the parties and to the assigned

District Judge.

    Dated this 21st day of March, 2024.

_____
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1